# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, et al., | ) ) ) No. 22 CV 5753 |
| Plaintiffs, | ) ) ) Judge Alonso |
| v. | ) ) ) Magistrate Valdez |
| PAN-OCEANIC ENGINEERING CO., INC., | ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, et al., by and through their attorneys, pursuant to FRCP 41(a)(1)(A)(i), hereby notice the voluntary dismissal of this action, stating as follows:

1. Plaintiffs filed their Complaint on October 19, 2022 and served Defendant on October 24, 2022.

2. Defendant has not yet answered or otherwise pled to the Complaint.

WHEREFORE, Plaintiffs notice the voluntary dismissal this action under FRCP 41(a)(1)(A)(i).

        Respectfully submitted,
        ARCHITECTURAL IRON WORKERS' LOCAL
        NO. 63 WELFARE FUND, et al.

        By: /s/ Andrew S. Pigott
            One of Their Attorneys

**GREGORIO, STEC, KLEIN & HOSÉ**
Andrew S. Pigott
ARDC#: 6278244
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343